**Order entered March 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01076-CR

**JASON KYLE REMBERT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-21209-H**

## ORDER

We **REINSTATE** this appeal.

We abated this appeal for the appointment of counsel. On March 14, 2019, we received the trial court's appointment of Valencia Bush; Ms. Bush also filed an appearance of counsel. We **DIRECT** the Clerk to list Valencia A. Bush as appointed counsel for appellant. Future correspondence shall be sent to Valencia A. Bush at 10000 N. Central Expressway, Suite 400, Dallas, TX 75231-4180.

Appellant's brief is **DUE** on or before April 22, 2019.


/s/     LANA MYERS
        JUSTICE